```
                                                          FILED
                                                   U.S. DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT                  BRUNSWICK DIV.
FOR THE SOUTHERN DISTRICT OF GEORGIA            2007 DEC 27  AM 10: 10
          BRUNSWICK DIVISION
                                                CLERK_____
                                                  S. DIST. OF GA.
```

| UNITED STATES OF AMERICA | : |                        |
|---|---|---|
|  | : |  |
| v. | : | CASE NO.: CR207-32 |
|  | : |  |
| TYRONE BOLDEN | : |  |

## ORDER

Presently before the Court are Defendant Tyrone Bolden's ("Defendant") Objections to the Magistrate Judge's Report in which he recommended Defendant's Motion to Suppress Common Area and Motion to Dismiss Search Warrant be denied. In reaching his determinations, the Magistrate Judge found the warrant executed to allow police to search the residence located at 2227 Reynolds Street in Brunswick, Georgia, was supported by probable cause within the purview of the Fourth Amendment.

In his Objections, Defendant asserts the "Fourteenth Amendment covers the rights of the individual not the Commerce Clause." (Doc. No. 26, p. 1). Defendant also asserts the search warrant is illegal under Georgia law, as Georgia has higher civil rights standards than the federal law provides. Defendant contends Rebecca Jones, the informant, did not live at 2227 Reynolds Street, and therefore, she could not open up her home to the police. Defendant avers the firearms recovered during the search

were seized unconstitutionally because "[a]ny militia is composed of individuals and said individuals can not have their constitutional right to bear arms abrogated by statute." (Doc. No. 26, p. 3).

Defendant's Objections largely are unresponsive to the Magistrate Judge's Report and Recommendation. The undersigned finds Defendant's Objections to be without merit. Accordingly, the undersigned adopts the Report and Recommendation of the Magistrate Judge as the opinion of the Court. Defendant's Motion to Suppress Common Area is **DENIED**. Likewise, Defendant's Motion to Dismiss Search Warrant is also **DENIED**.

SO ORDERED, this 27th day of December, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA