# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

FILED
DISTRICT COURT

2008 JAN 25 A 11: 04

R. Cuk
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: CR207-32 |
| TYRONE BOLDEN | |

## ORDER

Defendant has filed a "Motion for Service of Subpoenas By U.S. Marshal". Defendant's motion is **GRANTED**. The Clerk is authorized and directed to issue subpoenas to Rebecca Jones and Roniecia Austin to appear and testify on February 4, 2008, at 10:00 a.m. for the Defendant. The Clerk is further directed to forward said subpoenas to the Marshal for service of the subpoenas at the addresses provided by Defendant Bolden.

**SO ORDERED**, this 25th day of January, 2008.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)